# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.  12-cr-00085-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MATTHEW WINN,

       Defendant.

---

## ORDER

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this  4th  day of September, 2012.

                                                 BY THE COURT:

                                                 s/Lewis T. Babcock
                                                 LEWIS T. BABCOCK
                                                 SENIOR, UNITED STATES DISTRICT JUDGE
                                                 UNITED STATES DISTRICT COURT
                                                 DISTRICT OF COLORADO